# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| In Re<br><br>SHOOT THE MOON, LLC,<br><br>    Debtor,<br><br>JEREMIAH FOSTER, as trustee of the STM Liquidating Trust, successor and assignee to the claim of Jeremiah Foster, as trustee for the Chapter 11 Estate of SHOOT THE MOON, LLC,<br><br>    Plaintiff,<br><br>DENNIS CONNER, an individual, and JOHN DOES 1-10,<br><br>    Defendants. | Case No. CV-18-84-GF-BMM<br><br><br>**ORDER GRANTING LEAVE TO FILE EXHIBIT UNDER SEAL** |

Defendant Dennis Conner filed a motion for leave to file under seal Exhibit D to the Affidavit of Allen Bloomgren (Doc. 73) filed with this Court on August 14, 2020, and stamped as Document 73-4, consisting of 27 pages. This document contains private personally identifying information and should be filed under seal.

Plaintiff does not oppose this motion.

IT IS ORDERED:

Leave is granted and the Clerk is directed to file under seal Exhibit D to the

Affidavit of Allen Bloomgren, which was filed with this Court on August 14, 2020,

and stamped as Document 73-4, consisting of 27 pages.

Dated this 17th day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court